# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142670(67)(70)
142671

ATTORNEY GENERAL,
      Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
      Defendant-Appellee.

SC: 142670
COA: 290167
Ingham CC: 08-000917-CZ

_____

ATTORNEY GENERAL,
      Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
      Defendant-Appellee,
and

OFFICE OF FINANCIAL AND INSURANCE
REGULATION and COMMISSIONER OF THE
OFFICE OF FINANCIAL AND INSURANCE
REGULATION,
      Respondents.

SC: 142671
COA: 295750
Ingham CC: 08-000952-CZ

_____

On order of the Chief Justice, motions by the parties seeking extension of the time for filing their briefs are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011 _____

_____
Clerk